DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
HARDESTY, CALVIN DUANE and
HARDESTY, JANE ELIZABETH

Case No. 06-00157-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $11.99, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| HARDESTY, CALVIN DUANE and | 914 S HARMONY RD GREENACRES, WA 99016 | $11.99 |

Dated: March 02, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875-837     3-11-11     $11.99